IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19 CV 109

| | |
|---|---|
| SHARIKA M. ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) |
| ROBINSON, BRADSHAW & HINSON, P.A., ALLEN ROBERTSON, JONATHAN KRISKO, ROBERT HARRINGTON, and GREGORY SKIDMORE, | ) ORDER |
| Defendants. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by Thomas Greg Doucette. The Motion indicates that Mr. Doucette, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Linda C. Chatman, who the Motion represents as being a member in good standing of the Bar of the State of Illinois. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** Linda C. Chatman to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 20, 2019

W. Carleton Metcalf
United States Magistrate Judge