IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19 CV 109

| | |
|---|---|
| SHARIKA M. ROBINSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROBINSON, BRADSHAW & HINSON, )<br>P.A., ALLEN ROBERTSON, )<br>JONATHAN KRISKO, ROBERT )<br>HARRINGTON, and GREGORY )<br>SKIDMORE, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 18) filed by Charles E. Johnson. The Motion indicates that Mr. Johnson, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Grace E. Speights, who the Motion represents as being a member in good standing of the Bar of the District of Columbia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 18) and **ADMITS** Grace E. Speights to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: April 1, 2019

W. Carleton Metcalf
United States Magistrate Judge