# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No.: 3:19-cv-00109-KDB-WCM

| | |
|---|---|
| SHARIKA M. ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBINSON, BRADSHAW & HINSON, P.A.; ALLEN K. ROBERTSON; JONATHAN C. KRISKO; ROBERT E. HARRINGTON; and GREGORY L. SKIDMORE,<br><br>  Defendants. | **NOTICE OF DISMISSAL** |

  Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Sharika M. Robinson hereby dismisses this action with prejudice as to all Defendants, with the parties to bear their own costs and fees.

  This 2nd day of August, 2019.

          s/Carmen D. Caruso
          Carmen D. Caruso
          cdc@cdcaruso.com
          CARMEN D. CARUSO LAW FIRM
          77 West Washington Street, Suite 1900
          Chicago, Illinois 60602
          Telephone: 312.626.1160

          s/Linda C. Chatman
          Linda C. Chatman
          lindachatman@chatmanlaw.com
          CHATMAN LAW OFFICES, LLC
          Two Prudential Plaza

180 N. Stetson Avenue, Suite 3500
Chicago, Illinois 60601

s/T. Greg Doucette
greg@tgdlaw.com
THE LAW OFFICES OF T. GREG DOUCETTE, PLLC
311 E. Main Street
Durham, North Carolina 27701-3717
Telephone: 919.998.6993
Facsimile: 866.794.7517


*Attorneys for Plaintiff Sharika M. Robinson*